PROB 12C
(6/16)

Report Date: August 13, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2026

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Ryan Shaub Case Number: 0980 2:21CR00020-TOR-1

Address of Offender: [redacted], Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 10, 2022

Original Offense: Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5845, 5861(d), 5871

Original Sentence: Prison - 54 months
TSR - 36 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Patrick J. Cashman

Date Supervision Commenced: May 6, 2024

Defense Attorney: Lorinda Meier Youngcourt

Date Supervision Expires: May 5, 2027

---

## PETITIONING THE COURT

To issue a summons.

On May 6, 2024, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 3 and standard condition number 13, by failing to submit to urinalysis testing as instructed by the probation officer on August 7, 2026.<br><br>On August 7, 2026, this officer contacted the offender at his place of employment. At that time, Mr. Shaub was instructed to report to the U.S. Probation Office on that same date for urinalysis testing. Mr. Shaub failed to report as instructed. |
| 2 | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by ingesting a controlled substance, methamphetamine, on or about August 9, 2026.

On August 10 and 11, 2026, the offender submitted urine specimens that were presumptive positive for methamphetamine. In both instances, he signed an admission form acknowledging the use of methamphetamine on or about August 9, 2026.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 13, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

August 14, 2026

Date