ECF No 60

PROB 12C
(6/16)

Report Date: August 26, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2026

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Ryan Shaub Case Number: 0980 2:21CR00020-TOR-1

Address of Offender: [redacted], Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 10, 2022

Original Offense: Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5845, 5861(d), 5871

Original Sentence: Prison - 54 months
TSR - 36 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Annika Tangvald

Date Supervision Commenced: May 6, 2024

Defense Attorney: Lorinda Meier Youngcourt

Date Supervision Expires: May 5, 2027

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on August 13, 2026.

On May 6, 2024, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office for a scheduled appointment on August 21, 2026.<br><br>On August 10, 2026, the probation officer instructed Mr. Shaub to report to the U.S. Probation Office on August 21, 2026, at 4 p.m. Mr. Shaub failed to report as instructed. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 26, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

August 27, 2026

Date