ECF No. 73

PROB 12C
(6/16)

Report Date: September 15, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2026

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Ryan Shaub    Case Number: 0980 2:21CR00020-TOR-1

Address of Offender: [redacted], Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 10, 2022

| | | |
|---|---|---|
| Original Offense: | Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5845, 5861(d), 5871 | |
| Original Sentence: | Prison - 54 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael Louis Vander Giessen | Date Supervision Commenced: May 6, 2024 |
| Defense Attorney: | Zachary Cain | Date Supervision Expires: May 5, 2027 |

## PETITIONING THE COURT

To issue a **warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on August 13 and August 26, 2026.

On May 6, 2024, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by ingesting controlled substances, methamphetamine and amphetamine, on or about September 11, 2026.<br><br>On September 11, 2026, the offender submitted a urine specimen at Pioneer Human Services (PHS) that was presumptive positive for methamphetamine and amphetamine. He signed a denial form indicating he had not used said substances.<br><br>On September 14, 2026, Mr. Shaub admitted to the probation officer that he ingested the aforementioned substances on or about September 11, 2026. |

5 **<u>Special Condition # 3</u>**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**<u>Supporting Evidence</u>**: The offender is alleged to have violated special condition number 3, by ingesting a controlled substance, methamphetamine, on or about September 13, 2026.

On September 15, 2026, the probation officer questioned the offender regarding his drug use. At that time, he admitted to ingesting methamphetamine on or about September 13, 2026.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2026

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
Signature of Judicial Officer

September 16, 2026
Date